SUBCONTRACT

The subcontract is made and entered into on this 13TH day of AUGUST 2003, by and between the <u>Oglala Sioux Tribe Transportation Department, P.O. Box 335, Pine Ridge, South Dakota 57770</u> (hereinafter called "Tribe") and <u>C & W Enterprises Incorporated, P.O. Box 84826, Sioux Falls, South Dakota, 57118</u> (hereinafter called "Subcontractor").

For and consideration of the mutual promises set forth below, the parties agree to the following terms and conditions:

1. CONTRACT PRICE AND BID SCHEDULE

    Transportation agrees to subcontract with the Subcontractor for the 35, 41, 50, 115-10) 1) Base & Blotter Project for the contract amount of $1,972,029.28 in accordance with the attached billing schedule incorporated herein be reference. This schedule is based on unit pricing, and the parties acknowledge payment will vary depending on actual quantifies installed. Unit prices proved in the bid schedule incorporated herein be reference include bond and Tribal TERO Fee of 4% of the contract amount.

2. PROJECT COMPLETION DATE

    The project shall be substantially completed by 90 working days or the scheduled liquidation provisions will be in effect, a absent extension. Substantial completion is the stage in the progress of the work when the work may be utilized for its intended use. The Subcontractor agrees that for and in consideration of the unit price as set forth in the attached and incorporated herein by reference bid schedule, it shall faithfully carry out the duties to complete the Project in a timely manner.

3. DELAY AND EXTENSION OF TIME

    If the Subcontractor is delayed at any time in the commencement or progress of the work be an act or neglect of the Oglala Sioux Tribe or Transportation, or of an employee of either, or of a separate contractor employed by either, or by changes ordered in the work, or by labor disputes, fire, unusual delay in deliveries, unavoidable casualties, weather, or other causes beyond the Subcontractor's control, or by delay authorized by the Oglala Sioux Tribal or Transportation pending litigation, arbitration, or mediation, or by other causes which reasonably justify delay, then the contract time shall be extended by a reasonable amount of time under the circumstances.

**50**

4. PERFORMANCE PAYMENT BOND

   The subcontractor agrees that it will provide a Performance Payment bond for the contractor amount to the Oglala Sioux Tribe upon execution of this subcontract.

5. CONTRACTOR DOCUMENTS

   To the extend, any such requirements are not contrary to the provisions of this subcontract, the Subcontract agrees to proceed in accordance with the 1999 Oglala Sioux Tribal Employment Rights Ordinance FHY Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-96, the OST Transportation Code, including supplemental specifications contained in Section C, special contract requirements in Section H of the Contract and plans, and any other requirements contained in the contract documents.

6. CLAIMS FOR CONCEALED OR UNKNOWN CONDITIONS

   If conditions are encountered at the site which are (1) subsurface or otherwise concealed physical conditions which differs materially for those indicated in the contract documents or (2) unknown physical conditions of an unusual nature, which differ materially from those ordinarily found to exist and generally recognized as inherent in construction activities of the character provided for in the contract documents, then notice by the observing party shall be given twenty-one (21) days after first observance of the conditions. The parties shall promptly investigate such condition and, if the conditions differ materially and cause an in increase in the Subcontractor's cost or time required for performance of any portion of the work there shall be an equitable adjustment through change order in the contract sum or contract time, or both. The Oglala Sioux Tribal Council or Executive Committee must approve all change orders before they become legal and binding on the parties. If the parties cannot agree on an adjustment in the contract sum or contract time, the adjustment shall be subject to further proceedings as set forth in the Dispute Resolution procedures as set for in Paragraphs 9 and 10.

51

SUBCONTRACT - C & W ENTERPRISES, INC
Page Three

SUBCONTRACT - C & W ENTERPRISES, INC
Page Three

7. **WRITTEN CHANGE ORDER**

   A change order is a written instrument signed by both the authorized reprehensive or Transportation and the Subcontractor, stating their agreement upon the following:

   a. A change in the work;
   b. The amount of the adjustment, if any, in the contract sum; and
   c. The extent of the adjustment, if any, in the contract time.

8. **PAYMENT**

   Transportation shall make bi-weekly progress payments. Payments shall be made on the 15TH and last day of each month. Final payment, constituting the entire unpaid balance of the contract sum, shall be made by Transportation to the Subcontractor when the contract has reached final completion.

9. **DISPUTE RESOLUTION**

   The Oglala Sioux Tribal Court will resolve all disputes arising under this contract. Tribal Substantive laws regarding contracts shall apply to such disputes. If no tribal substantive laws regarding contracts exist, then the Tribal Court will apply South Dakota Law as a guide.

10. **ALTERNATIVE DISPUTE RESOLUTION**

    The parties agree to bring any and all claims in the first instance to the Oglala Sioux Executive Committee for non-binding mediation presided over by a mutually agreed upon mediator. If mediation fails, then the aggrieved party may initiate a civil action in the Oglala Sioux Tribal Court, as provided in Paragraph 9, within thirty-days (30) after the date mediation is terminated by the Mediator.

11. **ASSIGNMENT OF SUBCONTRACTOR**

    This Subcontract may not be assigned in whole or in part, to any other party without the express written consent of the Oglala Sioux Tribe.

**52**

SUBCONTRACT - C & W ENTERPRISE INC.
Page Four

12. DURATION

   Payments under this contract will not be made for work performed until after the Oglala Sioux Tribe receives funds from the Federal Government to complete the work items contained in this subcontract. If no Federal Funds are obtained by the tribe within six (6) months from the date of execution of the contract by the Tribe and Subcontractor, then this agreement will terminate by its own terms. Otherwise, this subcontract will terminate upon completion of the project described in Paragraphs 1 and 2.

13. ENTIRETY OF CONTRACT

   Both parties agree that this written contract constitutes the entire contract between the parties and there are no other contracts or agreements either written or oral, governing the parties relationship.

_9/02/03_
DATE

C & W Enterprise Incorporated
P.O. Box 84826
Sioux Falls, South Dakota 57118

_8/18/03_
DATE

JOHN W. STEELE, President
Oglala Sioux Tribe
P.O. Box 2070
Pine Ridge, South Dakota 57770

_8/18/03_
DATE

RHONDA J. TWO EAGLE
Secretary
Oglala Sioux Tribe
P.O. Box 2070
Pine Ridge, South Dakota 57770

53