UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| OGLALA SIOUX TRIBE, | ) | CIV.  07-5024-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING CASE |
| | ) | |
| C & W ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Oglala Sioux Tribe, moves to dismiss this case because it has been settled out of court.  Defendant does not oppose the motion.  Good cause appearing, it is hereby

ORDERED that the motion (Docket 100) is granted, and this case is dismissed.

Dated April 14, 2009.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE